SO ORDERED: December 03, 2010.



_____
James K. Coachys
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ERIC RASMUSSEN | ) | CASE NO: 10-10498-JKC-13 |
| REBECCA RASMUSSEN | ) | |
| | ) | |
| DEBTOR(S) | ) | |

### ORDER TO AVOID LIEN

Having reviewed the Motion to Avoid Lien for property located at 944 E Mills Avenue, Indianapolis, Indiana submitted by debtor's counsel and the grounds for it, IT IS ORDERED that the motion of debtor's counsel to avoid lien on this case is hereby GRANTED and the lien held by Wells Fargo Mortgage is deemed void.

###